**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| VILMA MONTES, ) | No. CV 08-6668 CW |
| ) | |
| Plaintiff, ) | JUDGMENT |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner, Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

**IT IS ADJUDGED** that the decision of the Commissioner is affirmed and this action is dismissed with prejudice.

DATED: November 2, 2009

```
          _____/S/_____
               CARLA M. WOEHRLE
          United States Magistrate Judge
```